```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIRGINIA ANDERS                  :     CIVIL ACTION
                                 :
      v.                         :
                                 :
BUCKS COUNTY, ET AL.             :     NO. 13-5517
```

ORDER

AND NOW, this 12th day of May, 2014, upon consideration of the motion to dismiss filed on behalf of defendants Bucks County and Nurse N. Hitchon (Doc. No. 8), the motion to dismiss filed by defendants County of Bucks and Terrance P. Moore (Doc. No. 15), the motion to dismiss filed by defendant David Davis (Doc. No. 18), and the oppositions and replies thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motions are GRANTED IN PART and DENIED IN PART as follows:

     1. The plaintiff's claim under the Americans with Disabilities Act in Count IV of the complaint is dismissed with prejudice.

     2. To the extent the plaintiff's claims against defendant Davis are based on Davis's discontinuance of medication and blood sugar monitoring on July 11, 2011 and failure to provide medication and monitoring prior to September 20, 2011, those claims are dismissed with prejudice.

     3. The plaintiff's claims for punitive damages against defendants Moore and the County of Bucks are dismissed

with prejudice.

      4. The plaintiff's claim for municipal liability in Count V of the complaint is dismissed without prejudice. The plaintiff shall have 30 days from the date of this order to amend the complaint with respect to the claim for municipal liability in Count V.

      5. The defendants' motions are otherwise denied.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.